JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 20-10318-JFW(RAOx)** | Date: December 30, 2020 |
| Title: | Anthony Bouyer -v- Country Antique Fair Mall, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Daisy Rojas** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                                               None

**PROCEEDINGS (IN CHAMBERS):     ORDER OF DISMISSAL**

In the Notice of Settlement filed on December 29, 2020, Docket No. 12, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before February 12, 2021.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until February 12, 2021.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

Initials of Deputy Clerk  dr

(Rev. 1/14/15)